**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC and UNILOC LICENSING USA LLC, | § § § |
| Plaintiffs, | § § Case No. 2:18-cv-00420-JRG-RSP |
| v. | § § |
| GOOGLE LLC, | § § § |
| Defendant. | § |

## ORDER

Having received Plaintiffs' Notice of Dismissal Without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) [Dkt. #9], the Court hereby ORDERS that the claims of all Plaintiffs against Google LLC in this matter are DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 21st day of November, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE